\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Dale Prey,

   vs.         Case No. 2:20-cv-188

Franciscan University of Steubenville, *et al.*,    **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the Decembrer 18, 2020 Opinion and Order, Plaintiff's Title VII and ADEA claims are DISMISSED WITH PREJUDICE against all defendants. Plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE against all defendants. Plaintiff's motion for discovery, ECF No. 14, is DENIED. .

Date: **December 18, 2020**      **Richard Nagel, Clerk**

                s/ Jennifer Kacsor

              By Jennifer Kacsor/Courtroom Deputy